**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 128 MAL 2024

Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

v.

DANIEL A. BARNETT,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.